

SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Skyler.pearson@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUY ROLLEN MIRANDA,

Defendant.

Case No. 2:25-mj- 00663-BNW

**GOVERNMENT'S APPLICATION REQUESTING
SEALING OF COMPLAINT**

COMES NOW the United States of America, by and through Sigal Chattah, Acting United States Attorney, and Skyler H. Pearson, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint, together with the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The government submits that it is necessary for said documents to be sealed in light of the fact that the defendant is still at large. The Government submits that disclosure of the

information might possibly endanger law enforcement officers seeking to apprehend defendant. Accordingly, the government submits that its right to secrecy outweighs the public's right to know.

DATED this 4th day of September, 2025.

Respectfully submitted,

SIGAL CHATTAH
Acting United States Attorney

SKYLER H. PEARSON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUY ROLLEN MIRANDA,

    Defendant.

Case No. 2:25-mj- 00663-BNW

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Complaint, together with the Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this __5th__ day of __September__, 2025.

_____
UNITED STATES MAGISTRATE JUDGE