AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>GUY ROLLEN MIRANDA<br>*Defendant* | Case No. 2:25-mj-00663-BNW |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Elayna J. Youchah. | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | September 18, 2025, at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 12, 2025

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

FILED / ENTERED
RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 12, 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY